# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | 1:08-CR-314 |
| v. | : | |
| | : | (JUDGE MANNION) |
| **CLIFTON SHIELDS,** | : | |
| Defendant | : | |

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. Shields's motion for a resentencing hearing and for a reduction of sentence under the FSA, **(Doc. 251)**, will be **GRANTED IN PART** and, **DENIED IN PART**.

2. Shields's motion is **GRANTED** to the extent that, pursuant to §404 of the FSA, the court reduces Shields's sentence to **262 months** imprisonment on Counts 1 and 3, to run concurrently, followed by a **4-year** term of supervised release on Counts 1 and 3, to be served concurrently. All other provisions of Shields's April 30, 2009 judgment, (Doc. 108), remain unchanged.

3. Shields's motion is **DENIED** to the extent he seeks a plenary resentencing hearing under the FSA and, to the extent he seeks a hearing for consideration of the relevant factors under §3553(a).

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: July 10, 2019**
08-314-01-ORDER.wpd